STATE OF NEW JERSEY v. CLARENCE DAVIS.

March 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK LINK.

March 18, 1985.

Petition for certification denied.   (See 197 *N.J.Super.* 615)

STATE OF NEW JERSEY v. JORGE LUIS MERCED.

March 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. HENRY LEE JONES.

March 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD C. MUESSIG.

March 18, 1985.

Petition for certification denied.   (See 198 *N.J.Super.* 197)